Judge: Robert W. Gettleman
Magistrate Judge: Jeffrey T. Gilbert
Filed: 04/21/2014
Case: 14cv2826
emt

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AIG WORKERS COMPENSATION
INSURANCE POLICYHOLDER LITIGATION                    MDL No. 2519

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On April 7, 2014, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Robert W Gettleman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gettleman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of April 7, 2014, and, with the consent of that court, assigned to the Honorable Robert W Gettleman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 21, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ EUNICE M. TEJEDA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
April 21, 2014

**IN RE: AIG WORKERS COMPENSATION
INSURANCE POLICYHOLDER LITIGATION**                     MDL No. 2519

**SCHEDULE CTO−1 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **GEORGIA MIDDLE** | | | | |
| GAM | 4 | 14−00076 | D &J PLASTICS INC v. AMERICAN INTERNATIONAL GROUP INC et al | 14cv2826 |
| **MISSOURI EASTERN** | | | | |
| MOE | 4 | 13−02546 | Mesa Cycles, Inc. v. American International Group, Inc. et al | 14cv2827 |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 13−07545 | HOPSON SEAL−A−LOT v. AMERICAN INTERNATIONAL GROUP, INC. et al | 14cv2828 |